```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 32807
   GLORIA BURRELL
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6405

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/03/2004 and was confirmed 01/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.00%.

     The case was dismissed after confirmation 08/11/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
-------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  SECURED           9024.84        1998.26         3516.43
AMERICREDIT FINANCIAL SV  UNSECURED       NOT FILED            .00             .00
HSBC AUTO FINANCE         SECURED          16651.31        3686.92         6488.02
HOUSEHOLD BANK            PRIORITY        NOT FILED            .00             .00
ACADEMY COLLECTION SERVI  UNSECURED       NOT FILED            .00             .00
PAYDAY LOANS INC          UNSECURED       NOT FILED            .00             .00
PROFFESSIONAL ACCOUNT MG  UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED          290.70            .00             .00
HOUSEHOLD AUTOMOTIVE FIN  NOTICE ONLY     NOT FILED            .00             .00
AMERICREDIT FINANCIAL SV  NOTICE ONLY     NOT FILED            .00             .00
HSBC AUTO FINANCE         UNSECURED         1576.02            .00             .00
PREMIER BANCARD CHARTER   UNSECURED          682.18            .00             .00
ECAST SETTLEMENT CORP     UNSECURED          785.86            .00             .00
OLD CANAL FINANCIAL       CURRENT MORTG        .00             .00             .00
OLD CANAL FINANCIAL       SECURED NOT I        .00             .00             .00
FIRST CHICAGO LAW         DEBTOR ATTY      1,200.00                        1,200.00
TOM VAUGHN                TRUSTEE                                          1,030.37
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             17,920.00

PRIORITY                                      .00
SECURED                                 10,004.45
   INTEREST                              5,685.18
UNSECURED                                     .00
ADMINISTRATIVE                           1,200.00
TRUSTEE COMPENSATION                     1,030.37
DEBTOR REFUND                                 .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 32807 GLORIA BURRELL
```

```
                                ---------------     ---------------
TOTALS                              17,920.00           17,920.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/19/08
                                  /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE